**Opinion issued December 9, 2025**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-25-00976-CV

_____

## IN RE GIBRALTAR FINANCE & MORTGAGE, INC., Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Gibraltar Finance & Mortgage, Inc., filed a petition for writ of mandamus challenging the trial court's July 26, 2025 "Order Granting Bill of Review."[1] Relator alleged that the trial court abused its discretion by granting the bill of review filed by real party in interest, DB Webster, Ltd., "before . . . relator

---

[1] The underlying case is *Gibraltar Finance & Mortgage, Inc. v. DB Webster, Ltd.*, Cause No. 2023-00648, in the 333rd District Court of Harris County, Texas, the Honorable Tracy Dwight Good presiding.

was able to fully present its case."[2]   Relator's petition for writ of mandamus requested that the Court grant its petition and issue a writ of mandamus ordering the trial court to "vacate [its] order and retry the bill of review case fully."

We conclude that relator has failed to establish it is entitled to mandamus relief, and, therefore, the Court denies relator's petition for writ of mandamus. *See Patrick O'Connor & Assocs., L.P. v. Wang Inv. Networks, Inc.*, No. 01-12-00615-CV, 2013 WL 1451358, at *1–2 (Tex. App.—Houston [1st Dist.] Apr. 9, 2013, orig. proceeding) (mem. op.) ("[T]he general rule stated by both this Court and our sister court in Houston is that an interlocutory order granting a bill of review may not be reviewed by mandamus, but by appeal of the eventual final judgment in the case."); *In re Moreno*, 4 S.W.3d 278, 281 (Tex. App.—Houston [14th Dist.] 1999, orig. proceeding) (denying petition for writ of mandamus from trial court order granting bill of review "[b]ecause relators ha[d] an adequate remedy by appeal of the eventual final judgment in the underlying case"); *see also In re Mayra Isabel Bustamante*, No. 01-25-00898-CV, 2025 WL 3165473, at *1 (Tex. App.—Houston

---

2   Relator also filed a notice of appeal in this Court from the trial court's July 16, 2025 "Order Granting Bill of Review."  However, after real party in interest moved to dismiss that appeal because the trial court's order was not a final judgment or otherwise appealable order, on October 21, 2025, relator filed a motion to dismiss that appeal.  The Court granted the motion and dismissed the appeal on October 30, 2025. *See Gibraltar Fin. & Mortg., Inc. v. DB Webster, Ltd.*, No. 01-25-00642-CV, 2025 WL 3028893, at *1 (Tex. App.—Houston [1st Dist.] Oct. 30, 2025, no pet.) (mem. op.).

[1st Dist.] Nov. 13, 2025, orig. proceeding) (mem. op.).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Caughey, and Dokupil.